UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COURTNEY GREEN,

                Plaintiff,

     -against-

FOX CORPORATION,

                Defendant.

22-CV-0243 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued February 25, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed amended request to proceed *in forma pauperis* or pay the $402.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court transmit a copy of this judgment to Plaintiff.[1]

SO ORDERED.

Dated:    February 25, 2022
           New York, New York

                        /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                        Chief United States District Judge

---

[1] Plaintiff has consented to receive electronic service of notices and documents in this case. (ECF No. 3.)